STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada Bar No. 2137
MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| DENNIS M. DALSANTO<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 2:17-cv-02157-APG-PAL

UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)

### I.    INTRODUCTION

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Complaint, due on January 2, 2018 by 30 days, through and including February 1, 2018.

Defendant respectfully requests this additional time because more time is needed to prepare the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on January 2, 2018.

Dated: January 2, 2018.

Respectfully submitted

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2018

**CERTIFICATE OF SERVICE**

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Cyrus Safa
E-mail:cyrus.safa@rohlfinglaw.com

Dated *January 2, 2018.*

*/s/ Marcelo Illarmo*
**MARCELO ILLARMO**
Special Assistant United States Attorney